IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| VERA ELIZABETH GUTHRIE-NAIL, #01813126 | § § § | |
| v. | § § | CIVIL ACTION NO. 4:23-CV-00027-SDJ-AGD |
| DIRECTOR, TDCJ-CID | § § § | |

**MEMORANDUM ADOPTING REPORT AND
RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the Report and Recommendation of the United States Magistrate Judge in this action (the "Report"), this matter having been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On March 2, 2026, the Report of the Magistrate Judge, (Dkt. #32), was entered containing proposed findings of fact and recommendation that the petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 be denied and that this case be dismissed with prejudice.

Having received the Report of the United States Magistrate Judge, and no timely objections being filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's Report as the findings and conclusions of the Court.

It is therefore **ORDERED** that the petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 is **DENIED** and that this case is **DISMISSED WITH PREJUDICE**. It is further **ORDERED** that a certificate of appealability is **DENIED**. All motions by either party not previously ruled on are hereby **DENIED**.

1

**So ORDERED and SIGNED this 30th day of March, 2026.**

_____

SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE